NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHELLE Y. COLEMAN,    )
           )
   Petitioner,    )
           )
v.          )  Case No. 2D18-2572
           )
BERNARD DIXON-SANDERS; ESSIE )
M. COLEMAN, an individual; THE  )
COLEMAN FAMILY IRREVOCABLE )
TRUST U/A/D 8/4/08; and COMERICA )
BANK & TRUST, N.A., as Trustee of  )
The Coleman Family Irrevocable  )
Trust U/A/D 8/4/98,     )
           )
   Respondents.   )
_____)

Opinion filed January 30, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Claudia R.
Isom, Judge.

Jason M. Azzarone, Thomas Saieva, and
Lesley A. Stine of La Cava & Jacobson,
P.A., Tampa, for Petitioner.

Steven A. Nisbet, Justin R. Zinzow, D.
Michael Arendall, and Danielle N. Amico of
Zinzow Law, LLC, Trinity, for Respondent
Bernard Dixon-Sanders.

No appearance for remaining Respondents.

PER CURIAM.

Denied.

KELLY, KHOUZAM, and LUCAS, JJ., Concur.